UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| P.S., A MINOR, BY HIS PARENT, J.S. : | CIVIL ACTION NO. |
| Plaintiff, : | 3:01CV1757 (GLG) |
| v. : | |
| THE BROOKFIELD BOARD OF : | |
| EDUCATION : | |
| Defendant. : | January 22, 2004 |

## INITIAL MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S REPLY TO DEFENDANT NEW MILFORD BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT

The Defendant New Milford Board of Education submitted on December 19, 2003 a Motion for Summary Judgment, which was received by the undersigned shortly thereafter.

Due to the intervening holidays, the length of the Defendant's Motion and accompanying Memorandum of Law, and the schedule of Counsel for the Plaintiff, the undersigned has not been able to complete the Plaintiff's reply to the Defendant's Summary Judgment Motion. Accordingly, the Plaintiff hereby respectfully called her back.requests an additional thirty (30) days from today in which to file the Plaintiff's

Reply to said Motion, with the reply due to the Court on February 23, 2004. This is the first request made by the Plaintiff for an extension of time to reply to this Motion.

The undersigned has discussed this request with Attorney Michael McKeon, counsel for the New Milford Board of Education, who has indicated he has no objection to the extension.

                        The Plaintiff by _____
                                  Jennifer D. Laviano
                                  Jennifer D. Laviano, PC
                                  77 Danbury Road
                                  Suite C-6
                                  Ridgefield, CT  06877
                                  (203) 431-4757
                                  Fed. No. 17601

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 22nd day of January, 2004;

Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT   06105-4286

Jennifer D. Laviano
Jennifer D. Laviano, PC
77 Danbury Road, Suite C6
Ridgefield, CT  06877
(203) 431-4757
Fed. No. 17601