**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
P.S., A MINOR, BY HIS PARENT, J.S., :
                                    :
        Plaintiff,                  :      ORDER
                                    :
   -against-                        :
                                    :      3: 01 CV 1757 (GLG)
THE BROOKFIELD BOARD OF EDUCATION,  :
                                    :
        Defendant.                  :
------------------------------------X
```

Plaintiff's motion for extension of time to February 23, 2004, to reply to defendant's motion for summary judgment [Doc. #29] is **granted**.

        **SO ORDERED.**

**Dated:**   **January 27, 2004**
           **Waterbury, CT**                                       /s/
                                                       **Gerard L. Goettel**
                                                          **U.S.D.J.**