**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
P.S., Minor, By His Parent J.S.,      :
                                      :
      Plaintiff,                    :        **ORDER**
                                      :
  -against-                          :
                                      :        **3: 01 CV 1757 (GLG)**
Brookfield Board of Education,        :
                                      :
      Defendant.                    :
-----------------------------------X

    On December 22, 2003, defendant filed its motion for summary judgment. On January 23, 2004, plaintiff filed a motion for extension of time to and including February 23, 2004 to respond to the summary judgment motion. To date, nothing has been filed. This case will be dismissed if opposition is not filed by April 11, 2004 and no further extensions will be granted.

    **SO ORDERED.**

**Dated:   March 15, 2004**
         **Waterbury, CT**                                    _____/s/_____
                                                                        Gerard L. Goettel
                                                                        U.S.D.J.