UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
APR 12  8 59 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| P.S., A MINOR, BY HIS PARENT, J.S. | : | CIVIL ACTION NO. |
| | : | 3:01CV1757 (GLG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD OF EDUCATION | : | |
| Defendant. | : | April 7, 2004 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to FRCP 56, the Plaintiffs hereby object to the Defendant's Motion for Summary Judgment for the reasons set forth in the attached Memorandum of Law.

The Plaintiffs by _____
Jennifer D. Laviano
Jennifer D. Laviano, P.C.
77 Danbury Road, Suite C6
Ridgefield, CT  06877
(203) 431-4757
Juris No. 17601

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 8th day of April, 2004;

Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286
(860) 233-2141

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer D. Laviano
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer D. Laviano, PC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　77 Danbury Road, Suite C6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ridgefield, CT 06877
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(203) 431-4757
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fed. No. 17601