UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.S., A MINOR, BY HIS PARENT J.S., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-1757 (GLG) |
| | : | |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD OF | : | |
| EDUCATION, AND THE STATE | : | |
| DEPARTMENT OF EDUCATION, | : | |
| Defendants. | : | APRIL 16, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant Brookfield Board of Education ["the Board"] hereby respectfully requests a ten-day extension of time, up to and including May 6, 2004 in which to respond to the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment. The Board makes this request on the ground that although the plaintiff's Opposition Memorandum was filed on April 12, 2004, it was not sent to the Board's counsel until April 15, 2004 and not received until April 16, 2004. See Federal Express mailing slip, a copy of which is appended hereto as Exhibit A. Counsel is leaving tomorrow, April 17, 2004, for an out-of-state family vacation and will not be returning to his office until April 26, 2004, the date – under Local Rule 6 -- upon which the Board's Reply is

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

currently due.

This is the Board's first request for additional time in which to reply to the plaintiff's Opposition Memorandum. The plaintiff's attorney has graciously represented that she has no objection to its granting.

THEREFORE, for the reasons set forth herein, the Brookfield Board of Education respectfully asks that the filing date for its Reply to the plaintiff's Opposition Memorandum be extended ten days, up to and including May 5, 2004.

THE DEFENDANT,
BROOKFIELD BOARD OF EDUCATION

By _____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: mmckeon@sscc-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant Brookfield Board of Education's Motion for Extension of Time was sent via first-class mail, postage prepaid, on this 16th day of April 2004 to Jennifer D. Laviano, Esq., 77 Danbury Road, Suite C-6, Ridgefield, Connecticut 06877.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

# EXHIBIT A

Case 3:01-cv-01757-SRU   Document 35   Filed 04/20/2004   Page 4 of 5

FedEx USA Airbill    FedEx Tracking Number 8415 6003 6263

**1 From**
Date 4/15/04
Sender's Name Jennifer D. Laviano   Phone 203 431-4757
Company Jennifer D. Laviano, PC
Address 77 Danbury Road
City Ridgefield   State CT   ZIP 06877

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name Michael McKeon, Esq.   Phone 860 233-2141
Company Sullivan, Schoen, Campane & Connon, LLC
Address 646 Prospect Ave.
City Hartford   State CT   ZIP 06105-4286

**4a Express Package Service**
☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☑ FedEx Envelope
☐ FedEx Pak
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required  ☐ Dry Ice

**7 Payment  Bill to:**
☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages 1   Total Weight ___   Total Declared Value $ .00

**8 Release Signature**

Total Charges

446