**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
P.S., A MINOR, BY HIS PARENT, J.S., :
                                    :
        Plaintiff,                  :         ORDER
                                    :
    -against-                       :
                                    :         3: 01 CV 1757 (GLG)
THE BROOKFIELD BOARD OF EDUCATION,  :
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's motion for extension of time to May 5, 2004, to reply to Plaintiff's Opposition Memorandum [Doc. #35] is **granted**.

       **SO ORDERED.**

**Dated:**   **April 26, 2004**
         **Waterbury, CT**                                      /s/
                                                          **Gerard L. Goettel**
                                                            **U.S.D.J.**