UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| S. : | |
| : | |
| v. : | Civil Action No. |
| : | 3:01cv1757 (SRU) |
| BROOKFIELD BOARD OF EDUCATION : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___    A ruling on all pretrial motions except dispositive motions

___    To supervise discovery and resolve discovery disputes

___    A ruling on the following motions which are currently pending:

_X_    A settlement conference

___    A conference to discuss the following: _____

___    Other: _____

SO ORDERED this 8th day of September 2004, at Bridgeport, Connecticut.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge