# Jennifer D. Laviano, P.C.
## ATTORNEY AT LAW

77 DANBURY ROAD, SUITE C-6, RIDGEFIELD, CONNECTICUT 06877
PHONE: 203.431.4757    FAX: 203.438.8356

JENNIFER D. LAVIANO
MEMBER CONNECTICUT BAR

LAURA Z. BOROFSKY
LEGAL ASSISTANT

September 7, 2004

Honorable Stefan R. Underhill
United States District Judge
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT  06604

*Via Facsimile – 203-579-5704*

**RE:    S. v. Brookfield Board of Education**
       **Civil Action No. 3:01CV1757 (SRU)**

Dear Judge Underhill:

    When the parties appeared before Your Honor last week, a question was raised as to whether the Plaintiffs continued to wish to prosecute this matter under a pseudonym, as several attachments to the parties' pleadings referred to the Plaintiff by name. As I noted at the time, the student in question, Plaintiff P.S., has turned eighteen since this case was filed. As all rights under the IDEA have thus transferred to him, even though his father, Mr. S., was present in the courtroom, I needed to ascertain from him directly his position on this.

    I have since done so, and I have been informed that the Plaintiff, P.S, wishes to maintain his anonymity in this matter, due to the highly sensitive information contained in the file. Your Honor had indicated that the Court would be willing to provide the Plaintiffs with guidance as to which pleadings contain references to the Plaintiff(s) by name. We would greatly appreciate this information so that I can file the appropriate Motions to Seal.

    Finally, at the conclusion of argument last week, Your Honor had strongly suggested that the parties consider settlement of this matter. I have discussed this with my clients, who remain willing to engage in, and indeed welcome the possibility of, a Settlement Conference with Magistrate Garfinkel. However, numerous requests in the distant and recent past by the Plaintiffs to so proceed have been met with the Defendant Brookfield Board of Education's statement that it is unwilling to do so. I have not heard from Attorney McKeon as to whether that position has changed based upon your statement to the parties last week, only that he has conveyed your recommendation that

the parties settle this case to his client. Please be advised that the Plaintiffs would have absolutely no objection, even at this late date, to a referral of the file to a Magistrate Judge for settlement purposes.

Thank you for your time and attention to this matter.

Very truly yours,

Jennifer D. Laviano

JDL/l.
cc:   Michael McKeon, Esq.
      Mr. and Mrs. S.
      P.S.

# JENNIFER D. LAVIANO, P.C.
## ATTORNEY AT LAW
### 77 DANBURY ROAD, SUITE C-6
### RIDGEFIELD, CT 06877
### PHONE: 203.431-4757 FAX: 203.438-8356

## FACSIMILE TRANSMITTAL SHEET

| To: | From: |
|---|---|
| Hon. Stefan Underhill<br>United States District Judge<br>USDC | x Jennifer D. Laviano, Esq.<br>Laura Z. Borofsky<br>Dana Jonson |
| **Company:**<br>USDC | **Date:**<br>9/7/04 |
| **Fax Number::**<br>203/579-5704 | **Total No. Of Pages Including Cover:**<br>3 |
| **Re:**<br>S. v. Brookfield BOE<br>3:01CV1757 (SRU) | **CC:**<br>Mike McKeon, Esq. |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS: