UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

P.S. A MINOR,
BY HIS PARENT J.S.

     v.                                 3:01CV1757 (SRU)

THE BROOKFIELD BOARD
OF EDUCATION AND THE STATE
OF CONNECTICUT DEPARTMENT
OF EDUCATION

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 31, 2005, entered a Memorandum of Decision granting defendant's motion for Summary Judgment. On September 12, 2002, defendant State of Connecticut Department of Education was dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of February, 2005.

                                                    KEVIN F. ROWE, Clerk

                                                    By /s/ Alice Montz
                                                            Deputy Clerk

Entered on Docket _____