UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14  P 2: 08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

P.S.,
    Plaintiff,

v.                                            :      CIVIL ACTION NO.
                                                     3:01cv1757 (SRU)

THE BROOKFIELD BOARD OF
EDUCATION,
    Defendant.

## PLAINTIFF'S MOTION TO RECONSIDER

The plaintiff hereby moves this Court to reconsider its MEMORANDOM OF DECISION dated and filed January 31, 2005, and its accompanying JUDGMENT, and either (1) remand this matter to the Connecticut Department of Education Due Process Hearings office in order that testimony can be taken [from Ms. Lois Pernice (the school psychologist and Board designated evaluator, who is not licensed as a mental-health professional) and other Board witnesses as well as plaintiff's witnesses, including Dr. Robert Colen, (a clinical psychologist, who is licensed as a mental-health professional), Dr. John Gelinas, (clinical psychiatrist), Mr. Chris Sorenson (a social worker) and P.S. and the parents], and a finding made on the issue of whether the evaluation requested at the PPT by Defendant, to be conducted by school psychologist Ms. Pernice, would have been harmful to Plaintiff, because she was not a "qualified professional" as required by this Circuit in *Dubois v. Connecticut State Bd. of Educ.*, 727 F.2d 44, 49 (2d Cir. 1984), (hereinafter "The Issue"); (2) reopen the record in this matter so that Testimony can be taken on

ORAL ARGUMENT IS REQUESTED

The Issue, and this Court can make a finding on The Issue; or (3) review evidence on The Issue already in the record, which this Court may have overlooked, and rule in favor of Plaintiff. A Memorandum of Law in support with exhibits is attached.

                            THE PLAINTIFF, P.S.

                            Respectfully submitted,

By: _____

                            Jennifer D. Laviano
                            Jennifer D. Laviano, P.C.
                            77 Danbury Road, Suite C6
                            Ridgefield, CT 06877
                            (203)431-4757
                            Juris No. 17601

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 14th day of February 2005:

Michael P, McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286
(860)233-2141

_____
Jennifer D. Laviano
Jennifer D. Laviano, P.C.
77 Danbury Road, Suite C6
Ridgefield, CT 06877
(203)431-4757
Juris No. 17601