UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.S., A MINOR, BY HIS PARENT J.S., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-1757 (SRU) |
| | : | |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD OF | : | |
| EDUCATION | : | |
| Defendant. | : | MARCH 1, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Brookfield Board of Education ["the Board"], hereby respectfully requests an eight-day extension of time, up to and including March 15, 2005, in which to respond to the plaintiffs' Motion for Reconsideration. The Board makes this request on the ground that its undersigned counsel's competing obligations -- including an administrative special education hearing, a seminar at which the undersigned counsel is scheduled to speak, and a day-long course counsel is teaching – will hinder counsel's ability to finalize the Board's response by the date it is currently due. This is the Board's first request for additional time in which to reply to the plaintiff's Motion for Reconsideration. Despite diligent effort, the undersigned was unable to discuss this motion with

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

the plaintiffs' attorney and thus cannot represent the plaintiffs' position with respect to its granting.

THEREFORE, for the reasons set forth herein, the Brookfield Board of Education respectfully asks that the court grant it an additional eight days, up to and including March 15, 2005, by which to file its response to the plaintiff's Motion for Reconsideration.

THE DEFENDANT,
BROOKFIELD BOARD OF EDUCATION

By: _____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: mmckeon@sscc-law.com

2

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO 62326

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant Brookfield Board of Education's Motion for Extension of Time was sent via first-class mail, postage prepaid, on this 1st day of March 2005 to Jennifer D. Laviano, Esq., 77 Danbury Road, Suite C-6, Ridgefield, Connecticut 06877.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326