UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.S., A MINOR, BY HIS PARENT J.S., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-1757 (SRU) |
| | : | |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD OF | : | |
| EDUCATION | : | |
| Defendant. | : | MARCH 14, 2005 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Brookfield Board of Education ["the Board"], hereby respectfully requests a final, three-day extension of time, up to and including March 18, 2005, in which to respond to the plaintiffs' Motion for Reconsideration. The Board makes this request on the ground that its undersigned counsel was unexpectedly obligated to cover an administrative hearing for one of his colleagues last Friday, March 11, 2005, as well as today, March 14, 2005. Although counsel spent time on the Board's response this weekend, the tasks related to these competing obligations hindered his ability to finalize it by its current March 15, 2005 due date. This is the Board's second, and final, request for additional time in which to reply to the plaintiff's Motion for Reconsideration. The

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

plaintiff's counsel graciously represented that the plaintiff had no objection to the granting of this motion.

THEREFORE, for the reasons set forth herein, the Brookfield Board of Education respectfully asks that the court grant it an additional three days, up to and including March 18, 2005, by which to file its response to the plaintiff's Motion for Reconsideration.

THE DEFENDANT,
BROOKFIELD BOARD OF EDUCATION

By /s/ Michael P. McKeon
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut  06105-4286
Telephone:  (860) 233-2141
Facsimile:  (860) 233-0516
E-mail: mmckeon@sscc-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant Brookfield Board of Education's Motion for Extension of Time was sent via first-class mail, postage prepaid, on this 14th day of March 2005 to Jennifer D. Laviano, Esq., 77 Danbury Road, Suite C-6, Ridgefield, Connecticut 06877.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO 62326