UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.S., A MINOR, BY HIS PARENT J.S., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-1757 (SRU) |
| | : | |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD OF | : | |
| EDUCATION | : | |
| Defendant. | : | MARCH 24, 2005 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Brookfield Board of Education ["the Board"], hereby moves, *nunc pro tunc*, for a six-day extension of time, up to and including today, March 24, 2005, by which to file its Memorandum in Opposition to Plaintiff's Motion for Reconsideration, which is submitted herewith. The Board's response to the plaintiff's motion was originally due on March 7, but then sought an eight-day and a second, three-day extension of time, up to and including March 18, 2005. In requesting these relatively brief extensions of time, the Board's counsel was overly optimistic, as a rash of administrative proceedings proved more time consuming than originally thought. Thus, counsel required an additional six days, up to today, March 24. The Board's three requested extensions total 17 days.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

As such, they do not represent undue delay or dilatory conduct, and thus their granting works no prejudice upon the plaintiff.

This is the Board's third, and truly final, request for additional time in which to reply to the plaintiff's Motion for Reconsideration, for, as noted, the Board's opposition memorandum is filed in conjunction with the present motion. Despite diligent effort, the Board's counsel was unable to speak with the plaintiffs' attorney and thus cannot represent the plaintiffs' position with respect to its granting.

THEREFORE, for the reasons set forth herein, the Brookfield Board of Education respectfully asks that the court grant it, *nunc pro tunc*, an additional six days, up to and including March 24, 2005, by which to file its response to the plaintiff's Motion for Reconsideration.

    THE DEFENDANT,
    BROOKFIELD BOARD OF EDUCATION

    By /s/ Michael P. McKeon
    Michael P. McKeon
    Federal Bar No. ct02290
    Sullivan, Schoen, Campane & Connon, LLC
    646 Prospect Avenue
    Hartford, Connecticut 06105-4286
    Telephone: (860) 233-2141
    Facsimile: (860) 233-0516
    E-mail: mmckeon@sscc-law.com

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO 62326

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant Brookfield Board of Education's Motion for Extension of Time was sent via first-class mail, postage prepaid, on this 24th day of March 2005 to Jennifer D. Laviano, Esq., 77 Danbury Road, Suite C-6, Ridgefield, Connecticut 06877.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326