UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
AT BRIDGEPORT

2005 MAY 11  P 12: 41
U.S. DISTRICT COURT
BRIDGEPORT, CT

| | | |
|---|---|---|
| P.S. | : | |
|       Plaintiff | : | Civ. NO. 3:01cv1757 (SRU) |
| v. | : | |
| | : | |
| THE BROOKFIELD BOARD | : | |
| OF EDUCATION | : | |
|       Defendant | : | |

May 10, 2005

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the plaintiff P.S., in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from: 1) the MEMORANDUM of DECISION Granting Defendant's Motion for Summary Judgment, which was entered on January 31, 2005; 2) the JUDGMENT in Favor of Defendant and Against Plaintiff, which was entered on February 2, 2005; and 3) the RULING Granting in Part and Denying in Part Plaintiff's Motion for Reconsideration, which was entered on April 12, 2005.

THE PLAINTIFF, P.S.

Respectfully submitted,

_____
Jennifer D. Laviano
Jennifer D. Laviano, PC
77 Danbury Road, Suite C6
Ridgefield, CT 06877
(203) 431-4757
Federal # CT 17601

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 10th day of May, 2005:

Michael P, McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286
(860)233-2141

_____
Jennifer D. Laviano

## SERVICE LIST

Michael P, McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286
(860)233-2141