**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

CTDC/HTCT
01-cv-1757
UNDERHILL

Roseann B. MacKechnie
**CLERK**

Date: 7/12/05
Docket Number: 05-2382-cv
Short Title: P.S. v. Brookfield Bd of Ed
DC Docket Number: 01-cv-1757
DC: DISTRICT OF CONNECTICUT (HARTFORD)
DC Judge: Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of July, two thousand five.

05-2382-cv

P.S. v. BROOKFIELD BOARD OF EDUCATION

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 4-12-05. United States Court for the New Haven District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

*Tammy Martinez*
By: Tammy Martinez
Deputy Clerk

CERTIFIED: 8-23-05